

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-27-2004

# Local 1992 v. Okonite Co

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-4352

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Local 1992 v. Okonite Co" (2004). *2004 Decisions.* Paper 1069.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/1069

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

————

Nos. 02-4352, 02-4428, 03-1555

————

LOCAL UNION NO.1992 OF THE INTERNATIONAL
BROTHERHOOD OF ELECTRICAL WORKERS,

Appellant in No. 02-4428

v.

THE OKONITE COMPANY,

Appellant in Nos. 02-4352 & 03-1555

————

On Appeal from the United States District Court
for the District of New Jersey
(Dist. Court No. 97-CV-2041)
District Judge: Hon. Joel Pisano

————

Argued: October 15, 2003

Before: SLOVITER, ROTH, and CHERTOFF, <u>Circuit Judges</u>

RICHARD DELELLO (Argued)
DAVID E. CASSIDY
Grotta, Glassman & Hoffman, P.A.
75 Livingston Avenue
Roseland, NJ 07068
*Counsel for Appellants*

1

PAUL A. MONTALBANO (Argued)
BRIAN E. CURTIS
Cohen, Leder, Montalbano & Grossman
1700 Galloping Hill Road
Kenilworth, NY 07033
*Counsel for Appellee*

---

ORDER AMENDING OPINION AND JUDGMENT

---

CHERTOFF, <u>Circuit Judge</u>.

It is now ordered that the Opinion and Judgment in the above case filed January 26, 2004, be amended as follows:

On page one of the Opinion, the word "Grotto" is changed to "Grotta."

The following sentence shall appear as the last sentence of the last paragraph of the Judgment: "Costs taxed against appellants."

By the Court,


<u>/s/ Michael Chertoff, Circuit Judge</u>

Dated: January 27, 2004
DRC/cc: RJD
     DEC
     BEC
     PAM

2